**FILED**

MAY 2 4 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-148-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| FRED SMART ENEMY, JR., | |
| Defendant. | |

For the reasons stated on the record, FRED SMART ENEMY, JR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 24th day of May, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1